UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 23-CR-30038 |
| ) | |
| SEBASTIAN CHELEMEN, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION TO SEAL**

The United States of America, by its attorneys, Gregory K. Harris, United States Attorney for the Central District of Illinois, and Tanner K. Jacobs, Assistant United States Attorney, respectfully moves this Honorable Court to seal the government's agreed motion for a turnover order and the corresponding order.

Where compelling interests exist, portions of the record can be sealed. *Jessup v. Luther*, 277 F.3d 926, 928 (7th Cir. 2002). Such interests exist in this case, as the documents submitted by the government included a list of names of individuals that had been victimized, where those individuals are generally located, and the

1

amounts of restitution they should receive from the money currently in U.S. Marshals custody.

WHEREFORE the government respectfully requests that the government's agreed motion for a turnover order and the corresponding order be sealed.

                Respectfully submitted,

                GREGORY K. HARRIS
                UNITED STATES ATTORNEY

        By: */s/ Tanner K. Jacobs*
                Tanner K. Jacobs, PA Bar No. 3219265
                Assistant United States Attorney
                United States Attorney's Office
                318 South Sixth Street
                Springfield, IL 62701
                Telephone: 217-492-4450
                Email: tanner.jacobs@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

/s/ *Tanner K. Jacobs*
Tanner K. Jacobs
Assistant United States Attorney