# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 23-CR-30038 |
| ) | |
| SEBASTIAN CHELEMEN, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION TO DISMISS

The United States of America, by its attorneys, Gregory K. Harris, United States Attorney for the Central District of Illinois, and Tanner K. Jacobs, Assistant United States Attorney, pursuant to the Court's order, moves to dismiss the original indictment against the defendant. R.13.

Respectfully Submitted,

GREGORY K. HARRIS
UNITED STATES ATTORNEY

By: */s/ Tanner K. Jacobs*
Tanner K. Jacobs, PA Bar No. 319265
Assistant United States Attorney
United States Attorney's Office
318 S. Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Email: tanner.jacobs@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Tanner K. Jacobs*
Tanner K. Jacobs
Assistant United States Attorney
